# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **HAYDEN RADER,** | ) | |
| **individually and on behalf of all** | ) | |
| **others similarly situated,** | ) | |
| | ) | **No. 07-112-L** |
| **Plaintiff,** | ) | |
| | ) | **Judge Emily Hewitt** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NAMED PLAINTIFF'S UNOPPOSED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Hayden Rader ("Named Plaintiff"), for himself and all others similarly situated and pursuant to RCFC 41(a) and 23, hereby respectfully provides notice of his unopposed dismissal of this action without prejudice. In relation to this Notice, Named Plaintiff states as follows:

1. Before a case has been put at issue, the plaintiff may voluntarily dismiss it by filing a notice of dismissal. *See* RCFC 41(a)(1)(i). For a class action, a voluntary dismissal is subject to court approval if a class has been certified. *See* RCFC 23(e).

2. Named Plaintiff filed a class action complaint in this action on February 16, 2007, seeking damages from the United States pursuant to the Tucker Act, 28 U.S.C. §§ 1346(a) (2) and 1491(a) (a) (1).

3. The United States has not filed any responsive pleadings.

4. No class has been certified.

5. Named Plaintiff has concluded subsequent to the filing for reasons subject to attorney-client privilege that he does not wish to pursue this action and wishes to have it dismissed without prejudice.

6. Undersigned counsel for Named Plaintiff has conferred with the Assistant United States Attorney William Shapiro, who has indicated that the United States does not oppose this notice.

7. Upon dismissal, each party will bear his or its own costs and attorney fees.

8. For the Court's convenience, a proposed Order dismissing this action without prejudice is attached.

WHEREFORE, Hayden Rader respectfully requests that this Court enter an Order confirming Named Plaintiff's Notice of the dismissal of this action without prejudice.

Dated April 3, 2007.

Respectfully submitted,

s/Steven C. Choquette
Steven C. Choquette
Rick D. Bailey
William W. Maywhort
Robert A. Bassett

Steven C. Choquette
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8031
Facsimile: (303) 295-8261
schoquette@hollandhart.com

Rick D. Bailey
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO 80111
Telephone: (303) 290-1600
Facsimile: (303) 290-1606
rbailey@hollandhart.com

William W. Maywhort
HOLLAND & HART LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO 80903-1645
Telephone: (719) 475-7730
Facsimile: (719) 634-2461
wmaywhort@hollandhart.com

Robert A. Bassett
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO 80111
Telephone: (303) 290-1600
Facsimile: (303) 290-1606
rbassett@hollandhart.com

**ATTORNEYS FOR NAMED PLAINTIFF**

Address of Named Plaintiff Hayden Rader:

P.O. Box 686
Glenwood Springs, CO 81602

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2007, I served a copy of the foregoing document to the following by

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☒ Fax
☐ Electronic Service

William Shapiro, Esq.
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax).

3688592_1.DOC