# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **HAYDEN RADER,** | ) | |
| **individually and on behalf of all** | ) | |
| **others similarly situated,** | ) | |
| | ) | **No. 07-112-L** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Emily Hewitt** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Named Plaintiff's Unopposed Notice of Dismissal Without Prejudice. Having reviewed the Notice and being fully informed in the premises, the Court hereby orders that this action is dismissed without prejudice, each party to bear his or its own costs and attorney fees.

Dated this _____ of __________________, 2007.

______________________________________________
Federal Court of Claims Judge